MICHAEL J. VARTAIN [SBN 92366]
STACEY L. LEASK [SBN 233281]
**VARTAIN LAW GROUP, P.C.**
601 Montgomery Street, Suite 780
San Francisco, CA 94111-2664
Telephone:  [415] 391-1155
Facsimile:   [415] 391-1177

Attorneys for Defendants
STEPHENS INSTITUTE dba
ACADEMY OF ART UNIVERSITY and
MICHAEL PETRICCA

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| CHADRICK BAKER, an individual, | Case No.: **17-cv-03444 JSC** |
| Plaintiff, | |
| v. | **DEFENDANTS STEPHENS INSTITUTE dba ACADEMY OF ART UNIVERSITY and MICHAEL PETRICCA'S STATUS UPDATE** |
| THE ACADEMY OF ART UNIVERSITY FOUNDATION, a non-profit corporation, MICHAEL PETRICCA, an individual, and Roes Does 1 – 100, inclusive, | |
| Defendants. | |

# STATUS UPDATE

Defendants STEPHENS INSTITUTE dba ACADEMY OF ART UNIVERSITY ("the University") (erroneously sued as THE ACADEMY OF ART UNIVERSITY FOUNDATION) and MICHAEL PETRICCA ("Mr. Petricca") (collectively, "Defendants"), are providing a status update pursuant to the Honorable Magistrate Judge Jacqueline Scott Corley's Order Requesting Status Update (PACER document 29), and state as follows:

1. An arbitrator, Andria Knapp ("Arbitrator"), was selected by the American Arbitration Association.

2. The dates of the Case Management Conferences with the Arbitrator were: June 13, 2018, and October 30, 2018.

3. The arbitrator initially set the arbitration hearings for December 13 and December 14, 2018.

4. In November 2018, CHADRICK BAKER ("Plaintiff") requested to postpone the December 2018 arbitration.

5. The Arbitrator granted Plaintiff's request to postpone the arbitration.

6. The Arbitrator will soon reset the arbitration hearing dates.

7. It is Defendants' expectation that the arbitration hearings will take place within 180 days.

DATED:   January 11, 2019             **VARTAIN LAW GROUP**

BY:   /s/Michael J. Vartain
       MICHAEL J. VARTAIN
       STACEY L. LEASK
       Attorneys for Defendants
       STEPHENS INSTITUTE dba
       ACADEMY OF ART UNIVERSITY and
       MICHAEL PETRICCA