UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHADRICK BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>THE ACADEMY OF ART UNIVERSITY FOUNDATION, et al.,<br><br>    Defendants. | Case No. 17-cv-03444-JSC<br><br>**ORDER REQUESTING STATUS UPDATE** |

The Court issued an order on October 5, 2017, granting Defendants' motion to compel arbitration and staying this action pending the results of that arbitration. (Dkt. No. 28.) Defendants submitted a status update on January 11, 2019 indicating that Defendants expected arbitration to "take place within 180 days." (Dkt. No. 30 at ¶ 7.) The parties have not communicated with the Court since Defendants' January 2019 update. Thus, Defendants shall provide the Court with a status update within 30 days of this Order.

**IT IS SO ORDERED.**

Dated: October 10, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge