MICHAEL J. VARTAIN [SBN 92366]
STACEY L. LEASK [SBN 233281]
**VARTAIN LAW GROUP, P.C.**
601 Montgomery Street, Suite 780
San Francisco, CA 94111-2664
Telephone:  [415] 391-1155
Facsimile:   [415] 391-1177

Attorneys for Defendants
STEPHENS INSTITUTE dba
ACADEMY OF ART UNIVERSITY and
MICHAEL PETRICCA

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| CHADRICK BAKER, an individual, | Case No.: **17-cv-03444 JSC** |
| Plaintiff, | |
| v. | **DEFENDANTS STEPHENS INSTITUTE dba ACADEMY OF ART UNIVERSITY and MICHAEL PETRICCA'S STATUS UPDATE** |
| THE ACADEMY OF ART UNIVERSITY FOUNDATION, a non-profit corporation, MICHAEL PETRICCA, an individual, and Roes Does 1 – 100, inclusive, | |
| Defendants. | |

# STATUS UPDATE

Defendants STEPHENS INSTITUTE dba ACADEMY OF ART UNIVERSITY ("the University") (erroneously sued as THE ACADEMY OF ART UNIVERSITY FOUNDATION) and MICHAEL PETRICCA ("Mr. Petricca") (collectively, "Defendants"), are providing a status update pursuant to the Honorable Magistrate Judge Jacqueline Scott Corley's Order Requesting Status Update (PACER document 31), and state as follows:

1. An arbitrator, Andria Knapp ("Arbitrator"), was selected by the American Arbitration Association.

2. The dates of the Case Management Conferences with the Arbitrator were: June 13, 2018, and October 30, 2018.

3. The arbitrator initially set the arbitration hearings for December 13 and December 14, 2018.

4. In November 2018, CHADRICK BAKER ("Plaintiff") requested to postpone the December 2018 arbitration.

5. The Arbitrator granted Plaintiff's request to postpone the arbitration.

6. The Arbitrator has reset the arbitration hearing dates for December 11, 12, and 13, 2019. It is Defendants' expectation that the arbitration hearings will take place on these dates.

DATED:   October 11, 2019                **VARTAIN LAW GROUP**

                                         BY:   /s/ Michael J. Vartain
                                               MICHAEL J. VARTAIN
                                               STACEY L. LEASK
                                               Attorneys for Defendants
                                               STEPHENS INSTITUTE dba
                                               ACADEMY OF ART UNIVERSITY and
                                               MICHAEL PETRICCA

**BAKER vs. AAU [USDC-ND #17-CV-03444 JSC] – STATUS UPDATE**

S:\Client\105 Academy of Art\043 Baker USDC\Pleadings\Status Update 20191011.docx                -1-

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

    I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) years, and not a party to the within action. My business address is c/o Vartain Law Group, P.C., 601 Montgomery Street, Suite 780, San Francisco, California 94111-2664.

    On <u>October 11, 2019</u>, I served the foregoing documents described as

- **DEFENDANTS STEPHENS INSTITUTE DBA ACADEMY OF ART UNIVERSITY AND MICHAEL PETRICCA'S STATUS UPDATE**

on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

☐ BY MAIL: I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**X** BY ELECTRONIC TRANSMISSION: I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court Northern District by using the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

**X** BY ELECTRONIC MAIL: I hereby certify that I transmitted a PDF version of this document by electronic mail to the party(s) identified on the service list using the e-mail address(es) set forth below.

☐ BY OVERNIGHT DELIVERY: I deposited such envelope for collection and delivery by express mail service with delivery fees paid or provided for in accordance with ordinary business practices. I am readily familiar with the firm's practice of collection and processing packages for overnight delivery. They are deposited with a facility regularly maintained by the US Postal Service for receipt on the same day in the ordinary course of business.

**X** (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on <u>October 11, 2019</u>, at San Francisco, California.

                                                  /s/ Charissa Ng
                                                **Charissa Ng**

BAKER vs. AAU [USDC# 3:17-cv-03444-JSC] – PROOF OF SERVICE

S:\Client\105 Academy of Art\043 Baker USDC\Pleadings\ProofofService20191011.docx      -1-

<u>SERVICE LIST</u>

*Baker v. The Academy of Art University Foundation, et al.*
**USDC – Northern District, Case No. 3:17-cv-03444-JCS**

| | |
|---|---|
| CHADRICK BAKER, PRO SE | Matthew Alan Cebrian |
| [Mailing address unknown] | Attorney \| Founder |
| Telephone: 310.663.6279 | Cebrian Legal |
| Emails: | 2 Embarcadero Center, 8th Floor |
| consult@chadrick.me, | San Francisco, CA 94111 |
| crowvalen@gmail.com, | Office Phone: (415) 737-6606 |
| amadeusnotmozart@gmail.com | Mobile Phone: (415) 310-7765 |
| | Email: matthew@cebrianlegal.com |