UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHADRICK BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ACADEMY OF ART UNIVERSITY FOUNDATION, et al.,<br><br>    Defendants. | Case No. 17-cv-03444-JSC<br><br>**ORDER REQUESTING SECOND STATUS UPDATE** |

The Court issued an order on October 5, 2017, granting Defendants' motion to compel arbitration and staying this action pending the results of that arbitration. (Dkt. No. 28.) Defendants submitted a status update on January 11, 2019 indicating that Defendants expected arbitration to "take place within 180 days." (Dkt. No. 30 at ¶ 7.) On October 10, not having heard from the parties, the Court asked Defendants for a status update. (Dkt. No. 31.) Defendants responded that arbitration was expected to commence in December 2019. (Dkt. No. 32.) As of the date of this Order, however, the parties have not filed anything on the docket. Accordingly, Defendants shall provide the Court with a status update within 30 days of this Order.

**IT IS SO ORDERED.**

Dated: July 21, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge