MICHAEL J. VARTAIN [SBN 92366]
STACEY L. LEASK [SBN 233281]
**VARTAIN LAW GROUP, P.C.**
601 Montgomery Street, Suite 780
San Francisco, CA 94111-2664
Telephone:  [415] 391-1155
Facsimile:   [415] 391-1177

Attorneys for Defendants
STEPHENS INSTITUTE dba
ACADEMY OF ART UNIVERSITY and
MICHAEL PETRICCA

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| CHADRICK BAKER, an individual,<br><br>          Plaintiff,<br>v.<br><br>THE ACADEMY OF ART UNIVERSITY FOUNDATION, a non-profit corporation, MICHAEL PETRICCA, an individual, and Roes Does 1 – 100, inclusive,<br><br>          Defendants. | Case No.: **17-cv-03444 JSC**<br><br>**DEFENDANTS STEPHENS INSTITUTE dba ACADEMY OF ART UNIVERSITY and MICHAEL PETRICCA'S STATUS UPDATE** |

## STATUS UPDATE

Defendants STEPHENS INSTITUTE dba ACADEMY OF ART UNIVERSITY ("the University") (erroneously sued as THE ACADEMY OF ART UNIVERSITY FOUNDATION) and MICHAEL PETRICCA ("Mr. Petricca") (collectively, "Defendants"), are providing a status update pursuant to the Honorable Magistrate Judge Jacqueline Scott Corley's Order Requesting Status Update (PACER document 33), and state as follows:

1. The Arbitrator reset the arbitration hearing dates for December 11, 12, and 13, 2019.

2. The arbitration hearings were postponed due to Plaintiff's request.

3. Due the COVID-19 Shelter In Place Orders and the availability of counsel, the Arbitrator has reset the arbitration hearing dates for December 14-18, 2020.  It is Defendants' expectation that the arbitration hearings will take place on these dates.

DATED:   July 23, 2020                                **VARTAIN LAW GROUP**

BY:   /s/Michael J. Vartain
MICHAEL J. VARTAIN
STACEY L. LEASK
Attorneys for Defendants
STEPHENS INSTITUTE dba
ACADEMY OF ART UNIVERSITY and
MICHAEL PETRICCA

**BAKER vs. AAU [USDC-ND #17-CV-03444 JSC] – STATUS UPDATE**

S:\Client\105 Academy of Art\043 Baker USDC\Pleadings\Status Update 20200723.docx                             -1-