UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHADRICK BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>THE ACADEMY OF ART UNIVERSITY FOUNDATION, et al.,<br><br>    Defendants. | Case No. 17-cv-03444-JSC<br><br>**ORDER REQUESTING THIRD STATUS UPDATE** |

The Court issued an order on October 5, 2017, granting Defendants' motion to compel arbitration and staying this action pending the results of that arbitration. (Dkt. No. 28.) Defendants submitted a status update on January 11, 2019 indicating that Defendants expected arbitration to "take place within 180 days." (Dkt. No. 30 at ¶ 7.) On October 10, not having heard from the parties, the Court asked Defendants for a status update. (Dkt. No. 31.) Defendants responded that arbitration was expected to commence in December 2019. (Dkt. No. 32.) As of July 2020, and not having heard anything, the Court requested a second status update. (Dkt. No. 33.) Defendants responded that they expected the arbitration to go forward in December 2020; it had been delayed as a result of the pandemic. (Dkt. No. 34.) As of the date of this Order, however, the parties have not filed anything on the docket. Accordingly, Defendants shall provide the Court with a status update within 30 days of this Order.

**IT IS SO ORDERED.**

Dated: July 19, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge