1  MICHAEL J. VARTAIN [SBN 92366]
   STACEY L. LEASK [SBN 233281]
2  **VARTAIN LAW GROUP, P.C.**
   601 Montgomery Street, Suite 780
3  San Francisco, CA 94111-2664
   Telephone: [415] 391-1155
4  Facsimile:  [415] 391-1177

5  Attorneys for Defendants
   STEPHENS INSTITUTE dba
6  ACADEMY OF ART UNIVERSITY and
   MICHAEL PETRICCA

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| CHADRICK BAKER, an individual, | Case No.: **17-cv-03444 JSC** |
| Plaintiff, | |
| v. | **DEFENDANTS STEPHENS INSTITUTE dba ACADEMY OF ART UNIVERSITY and MICHAEL PETRICCA'S STATUS UPDATE** |
| THE ACADEMY OF ART UNIVERSITY FOUNDATION, a non-profit corporation, MICHAEL PETRICCA, an individual, and Roes Does 1 – 100, inclusive, | |
| Defendants. | |

**STATUS UPDATE**

Defendants STEPHENS INSTITUTE dba ACADEMY OF ART UNIVERSITY ("the University") (erroneously sued as THE ACADEMY OF ART UNIVERSITY FOUNDATION) and MICHAEL PETRICCA ("Mr. Petricca") (collectively, "Defendants"), are providing a status update pursuant to the Honorable Magistrate Judge Jacqueline Scott Corley's Order Requesting Status Update (PACER document 35), and state as follows:

1. The arbitration trial was held on:
   - December 14-17, 2020;
   - February 8-9, 2021;
   - February 23, 2021;
   - March 29-30, 2021;
   - June 21-23, 2021; and
   - June 25, 2021.
2. The case is now fully submitted as to all witness testimony.
3. The parties are awaiting the reporter's transcripts from the hearings that took place on June 2021.
4. The parties are meeting and conferring regarding the proposed post-trial briefing schedule. Upon filing the post-trial brief the matter will be submitted to the arbitrator for decision.

DATED:   July 27, 2021                **VARTAIN LAW GROUP**

                                     BY:   /s/Michael J. Vartain
                                           MICHAEL J. VARTAIN
                                           STACEY L. LEASK
                                           Attorneys for Defendants
                                           STEPHENS INSTITUTE dba
                                           ACADEMY OF ART UNIVERSITY and
                                           MICHAEL PETRICCA

**BAKER vs. AAU [USDC-ND #17-CV-03444 JSC] – STATUS UPDATE**

S:\Client\105 Academy of Art\043 Baker USDC\Pleadings\Status Update 20210727.docx                -1-