1  MICHAEL J. VARTAIN [SBN 92366]
   STACEY L. LEASK [SBN 233281]
2  **VARTAIN LAW GROUP, P.C.**
   601 Montgomery Street, Suite 780
3  San Francisco, CA 94111-2664
   Telephone:  [415] 391-1155
4  Facsimile:   [415] 391-1177

5  Attorneys for Defendants
   STEPHENS INSTITUTE dba
6  ACADEMY OF ART UNIVERSITY and
   MICHAEL PETRICCA

7

8                     IN THE UNITED STATES DISTRICT COURT
                                  FOR THE
9                      NORTHERN DISTRICT OF CALIFORNIA
                              SAN FRANCISCO
10

11

12  CHADRICK BAKER, an individual,      )  Case No.: **17-cv-03444 JSC**
                                        )
13           Plaintiff,                 )
    v.                                  )  **DEFENDANTS STEPHENS INSTITUTE**
14                                      )  **dba ACADEMY OF ART UNIVERSITY**
    THE ACADEMY OF ART UNIVERSITY       )  **and MICHAEL PETRICCA'S STATUS**
15  FOUNDATION, a non-profit corporation,)  **UPDATE**
    MICHAEL PETRICCA, an individual, and)
16  Roes Does 1 – 100, inclusive,       )
                                        )
17           Defendants.                )
                                        )
18                                      )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21  _____     )

22

23

24

25

26

27

28

## STATUS UPDATE

Defendants STEPHENS INSTITUTE dba ACADEMY OF ART UNIVERSITY ("the University") (erroneously sued as THE ACADEMY OF ART UNIVERSITY FOUNDATION) and MICHAEL PETRICCA ("Mr. Petricca") (collectively, "Defendants"), are providing a status update pursuant to the Honorable Magistrate Judge Jacqueline Scott Corley's Order Requesting Status Update (PACER document 37, dated June 6, 2022), and state as follows:

1. The arbitrator issued an interim award on June 6, 2022.
2. Defendant anticipates that a final award will be issued within sixty (60) days from today.

DATED: July 6, 2022

**VARTAIN LAW GROUP**

BY: _____
MICHAEL J. VARTAIN
STACEY L. LEASK
Attorneys for Defendants
STEPHENS INSTITUTE dba
ACADEMY OF ART UNIVERSITY and
MICHAEL PETRICCA