UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHADRICK BAKER,<br><br>            Plaintiff,<br><br>    v.<br><br>THE ACADEMY OF ART UNIVERSITY FOUNDATION, et al.,<br><br>            Defendants. | Case No. 17-cv-03444-JSC<br><br>**CONDITIONAL DISMISSAL ORDER** |

The Court issued an order on October 5, 2017, granting Defendant's motion to compel arbitration and staying this action pending the results of that arbitration. (Dkt. No. 28.) Defendants submitted a status update on July 6, 2022, stating the arbitrator had issued an interim order on July 6, 2022 and that a final order was expected within 60 days. As of the date of this Order, nothing has been filed on the docket. Accordingly, this action is dismissed in its entirety with prejudice; provided, however, that if any party states in writing on or before February 13, 2023 that there is still action required of this Court, this Order shall stand vacated and this case shall forthwith be restored to the calendar.

**IT IS SO ORDERED.**

Dated: January 11, 2023

JACQUELINE SCOTT CORLEY
United States District Judge